UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEE, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>EUGENE SCALIA, Secretary of Labor, *et al.,* )<br><br>Defendants. ) | Civil Action No. 1:20-cv-02984-RDM |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE</u>

Defendants, by and through the undersigned counsel, respectfully move for an extension of time to respond to Plaintiff See, Inc.'s ("Plaintiff") complaint, ECF No. 1, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.  Pursuant to Rule 12(a)(2), Defendants' response to the complaint is due on January 18, 2021.  Defendants respectfully ask the Court to extend the deadline to respond by sixty days, up to, and including March 19, 2021.

In support of this motion, Defendants offer the following:

1.      Plaintiff seeks an order compelling Defendants to vacate its prior order of dismissal and reinstate the request for review of Plaintiff's application for labor certification on behalf of Nimitt Bhatt.  On November 30, 2020, Defendants vacated its prior order of dismissal.

2.      This is Defendants' first request for an extension of the deadline to file a response to Plaintiff's complaint.

3.      An extension of the filing deadline is in the interest of judicial economy because Defendants further adjudication of Plaintiff's request for review will moot the claim and avoid the need for litigation.

4.      Pursuant to Local Civil Rule 7(m) of the Rules of the U.S. District Court for the District of Columbia, on January 15, 2021, the undersigned counsel, via electronic mail, requested Plaintiff's position on this motion.  On January 15, 2021, counsel for Plaintiff, via electronic mail, stated he would not oppose the relief sought in this motion.

WHEREFORE, based on the foregoing, Defendants respectfully request that the Court grant this motion.

Dated: January 15, 2021                          Respectfully Submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Joseph F. Carilli, Jr.
JOSEPH F. CARILLI, JR.
N.H. Bar No. 15311
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
  for the District of Columbia
555 4th St. N.W.
Washington, D.C. 20530
Telephone: (202) 252-2561
Facsimile: (202) 252-2599
E-mail: joseph.carilli@usdoj.gov

*Counsel for Defendants*