UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEE, INC., *et al.*, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | Civil Action No. 20-2984 (RDM) |
| MARTIN J. WALSH, Secretary of Labor, *et al.*, | |
| Defendants. | |

### **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Pursuant to Federal Rule of Civil Procedure 56, Defendants Martin J. Walsh, in his official capacity as Secretary of Labor, the U.S. Department of Labor, and the Board of Alien Labor Certification Appeals, by and through undersigned counsel, respectfully move this Court to enter summary moves for summary judgment in this action brought by Plaintiffs See, Inc. and Nimish Nishith Bhat under the Administrative Procedures Act because there is no genuine issue as to any material fact, and Defendants are entitled to judgment as a matter of law. In support of the motion, Defendants respectfully submit a memorandum of points and authorities in support of Defendants' cross-motion and in opposition to Plaintiffs' motion for summary judgment and a proposed order.

\* \* \*

Dated: June 21, 2021

    Respectfully submitted,

    CHANNING D. PHILLIPS, D.C. Bar #415793
    Acting United States Attorney

    BRIAN P. HUDAK
    Acting Chief, Civil Division


    By: _____/s/ Stephen DeGenaro_____
    STEPHEN DEGENARO
    D.C. Bar #1047116
    Assistant United States Attorney
    555 Fourth Street, NW
    Washington, D.C. 20530
    Telephone: (202) 252-7229
    Facsimile: (202) 252-2599
    stephen.degenaro@usdoj.gov

    *Attorneys for the United States of America*